676 A.2d 1090
IN RE OPINION 682 OF THE ADVISORY COMMITTEE
ON PROFESSIONAL ETHICS.

April 24, 1996.

ORDER

Petition for review of the Advisory Committee on Professional Ethic Opinion Number 682, entitled *Attorneys Owning and Managing Bar Related Title Insurance Company,* is granted.

676 A.2d 1090
WHEATON, INC., ETC. v. DOUGLAS FREDERICK SMITH, ET AL.

April 24, 1996.

ORDER

Certification to Superior Court, Chancery Division, Cumberland County is granted.